ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
DANIEL H. AHN (SBN: 235023)
Assistant United States Attorney
    8000 United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone:  (714) 338-3539
    Facsimile:  (714) 338-3561
    Email:      daniel.ahn@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
SEP 26 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

ARIE AVRAM,

A Fugitive from the State of Israel.

No. CV 13-3661-JST (VBK)

[PROPOSED] ORDER

    The fugitive, Arie Avram (hereinafter the "fugitive"), having appeared before the undersigned judicial officer, represented by counsel, on September 26, 2013, and having entered into the foregoing stipulation,

    IT IS HEREBY FOUND as follows:

    1.  The fugitive's stipulation to all elements of extradition is intelligent and voluntary.

    2.  The fugitive is wanted in Israel on charges of: (1) conspiracy to commit a felony or misdemeanor; (2) prohibition of lotteries and betting; (3) keeping or managing a place (of lotteries or betting); (4) money laundering violations; and (5) related attempt offenses. A warrant for the arrest of the

fugitive for those crimes was issued on January 26, 2009, by Judge Sarit Zamir of the Rishon Lezion Magistrates Court, State of Israel, and it has been renewed periodically, most recently on December 22, 2010.

3. All the requirements for summary extradition are met, specifically:

    a. The undersigned judicial officer, United States Magistrate Judge Victor B. Kenton, and the court on which that judicial officer sits, have jurisdiction to conduct extradition proceedings.

    b. The undersigned judicial officer, United States Magistrate Judge Victor B. Kenton, and the court on which that judicial officer sits, have jurisdiction over the fugitive.

    c. An extradition treaty is currently in force between the United States of America and Israel.

    d. The fugitive is sought for offenses for which the applicable treaty permits extradition.

    e. The fugitive is the individual who is sought in Israel, and there is probable cause to believe him guilty of each of the specified offenses.

    f. The fugitive agrees to summary extradition without further proceedings pursuant to Article 17 of the Extradition Treaty between the United States and Israel.

4. There are no facts that bar the extradition under the extradition treaty of the fugitive.

Based on the foregoing findings, the Court concludes that ARIE AVRAM is extraditable for each offense for which extradition was requested, and certifies this finding to the Secretary of

State as required under Title 18, United States Code, Section 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United Sates Attorney a certified copy of this Certification of Extraditability and the executed Stipulation of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) for the appropriate disposition.

IT IS FURTHER ORDERED that ARIE AVRAM be committed to the custody of the United States Marshal pending final disposition of this matter by the Secretary of State and arrival of agents of the requesting state, at which time ARIE AVRAM, together with any evidence seized incidental to his arrest, will be transferred to the custody of the agents of the requesting state at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the State of Israel to be transported to Israel.

IT IS SO FOUND AND ORDERED this 26 day of September, 2013.

HON. VICTOR B. KENTON
United States Magistrate Judge

Presented by:

_____
DANIEL H. AHN
Assistant United States Attorney